<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
REBECCA STONEBACK, on Behalf of    )
  Herself and All Those            )   Civil Action
  Similarly Situated; and          )   No. 12-cv-03287
MICHAEL GRUBE, on Behalf of        )
  Himself and All Those            )
  Similarly Situated,              )
                                   )
              Plaintiffs           )
                                   )
        vs.                        )
                                   )
ARTSQUEST;                         )
JEFFREY PARKS;                     )
WALTER KEIPER, JR.; and            )
TONYA DODDY,                       )
                                   )
              Defendants           )
```

<u>O R D E R</u>

NOW, this 19th day of June, 2013, upon consideration of the following documents:

(1) Notice of Motion for Class Certification filed by plaintiffs on January 31, 2013, together with

    (A) Plaintiffs' Brief in Support of Motion for Class Certification;

(2) Memorandum of Law of Defendants in Opposition to Plaintiffs' Motion for Class Certification, which memorandum was filed March 8, 2013; and

(3) Plaintiffs' March 15, 2013 Letter Reply Brief filed March 27, 2013;

after hearing and argument held April 2, 2013; and for the reasons expressed in the accompany Opinion,

<u>IT IS ORDERED</u> that plaintiffs' Notice of Motion for Class Certification is denied.

                                                BY THE COURT:

                                                <u>/s/ James Knoll Gardner</u>
                                                James Knoll Gardner
                                                United States District Judge