IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA STONEBACK, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ARTSQUEST, *et al.*<br><br>Defendants. | CIVIL ACTION<br><br>No. 12-3287 |

**PLAINTIFF'S NOTICE OF**
**ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

Plaintiff Rebecca Stoneback ("Plaintiff") hereby accepts the Offer of Judgment served on her by Defendants on September 13, 2013, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

                                      Respectfully submitted,

                                      **SWARTZ SWIDLER, LLC**

                    By: *s/ Justin L. Swidler*
                         Justin L. Swidler
                         Attorneys for Plaintiff Rebecca Stoneback
                         1878 Marlton Pike East
                         Society Hill Office Park, Ste. 10
                         Cherry Hill, NJ 08003

Date: September 23, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA STONEBACK<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTSQUEST<br><br>　　and<br><br>JEFFREY PARKS, WALTER KEIPER,<br>TONYA DODDY, and CINDY KARCHNER,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>No. 12-3286 |

## CERTIFICATE OF SERVICE

　　I certify that a true and correct copy of the attached acceptance of Defendants' Offer of Judgment pursuant to Rule 68 was served upon Defendants' attorney of record, Patrick Reilly, by ECF on May 15, 2013.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**SWARTZ SWIDLER, LLC**

　　　　　　　　　　　　　　　　By:　*s/ Joshua S. Boyette*
　　　　　　　　　　　　　　　　　　　Joshua S. Boyette, Esq.

Date: May 15, 2013