IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA STONEBACK, *on behalf of herself and all those similarly situated*<br><br>and<br><br>MICHAEL GRUBE, *on behalf of himself and all those similarly situated,*<br><br>       Plaintiffs,<br><br>       v.<br><br>ARTSQUEST<br><br>and<br><br>JEFFREY PARKS, WALTER KEIPER, JR., and TONYA DODDY<br><br>       Defendants | CLASS ACTION No. 12-3287 |

## STATEMENT OF SATISFACTION OF JUIDGEMENT

Plaintiffs, Rebecca Stoneback and Michael Grube; et al., through undersigned legal counsel, hereby request that the Clerk of the Court mark the judgment in the above referenced matter as satisfied.

                                                                                                                                   Respectfully Submitted,

                                                                  */s/ Justin L. Swidler*
                                                                  Justin L. Swidler, Esq.
                                                                  Richard S. Swartz, Esq.
                                                                  **SWARTZ SWIDLER, LLC**
                                                                  1878 Marlton Pike East, Ste. 10
                                                                  Cherry Hill, NJ 08003
                                                                  Phone: (856) 685-7420
                                                                  Fax: (856) 685-7417

Dated:  January 10, 2014